**Donald C. WINTER, Secretary of the Navy, Appellant,**

v.

**NORTHROP GRUMMAN CORPORATION, Appellee.**

**No. 06–1001.**

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

Before NEWMAN, DYK, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36